| | |
|---|---|
| Advo | 3.10 |
| Judge | 6.10 |
| Reg$^r$ | 3.10 |
| Mar$^l$ | 2.12 |
| | £16: 2 |

GEORGE WILLIAMS, *et al.* vs. GIDEON CORNEL, *et al.*, 1749

Newport Jan$^{ry}$ 16th 1749

COURT OF VICE ADMIRALTY   The aforegoing Libel being read and Gideon Cornell Abraham Borden, Jonathan Marsh, Jonathan Bowers and Gideon Wanton Jun$^r$ (who were all legally cited) being Solemnly call'd to come into Court and make answer to the s$^d$ Libel, but did not appear: which default I conceive to be a Confession that they together with the s$^d$ Henry Bowers are Joynt owners of the s$^d$ Brigantine Swansey, and that the wages Libel'd for are justly due and that they the s$^d$ owners are Jointly Liable to the payment thereof: It is therefore Consider'd and Decreed that they the s$^d$ George Williams and Casey Cabenough have and Recover of the s$^d$ Owners = that is to say the s$^d$ George Williams the Sum of Seventy Eight Pounds Twelve Shillings in Bills of Credit of the old Tenor for the remainder of his wages and the s$^d$ Casey Cabenock the Sum of Sixty Nine Pounds Ten Shillings of Like Bills of Credit for the remainder of his wages and that the s$^d$ Owners pay Cost of Court.

S Wickham Dep$^t$ Judge

COURT OF VICE ADMIRALTY

| | |
|---|---|
| Fees on Libel Geo: Williams etc. vs Gid$^n$ Cornel and others Viz$^t$ | |
| Drawing Libel and Ad: Fee | £ 3.10 |
| Filing and allowing D$^o$ Citation and service | 2.10 |
| Citation and service | 1.16 |
| Bale Bond | 1.10. |
| Decree etc | 6. |
| Filing papers etc | .16 — |
| | £15. 2. |

| | |
|---|---|
| Judges | £ 6.10 |
| Advo | 3.10 |
| Reg$^r$ | 3.10 |
| Mar$^l$ | 1.12 |
| | £15. 2 |